# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fausto O., | Case No. 26-CV-00854 (MJD/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner was originally detained in Minnesota and subsequently transferred to New Mexico. [Doc. 1.] On January 30, 2026, this Court ordered Respondents to immediately return Petitioner to Minnesota if he had been removed from the state. [Doc. 4.] Petitioner notified the Court that as of February 4, 2026, Petitioner Fausto O. remained detained by Respondents in New Mexico despite the Court's Order. [Doc. 7.] Respondents' response to Petitioner's update failed to meaningfully address why such transfer has yet to occur. Instead, the Respondents requested a "reasonable schedule" to report the return of Petitioner to Minnesota. [Doc. 9.]

This Court's Order requiring the <u>immediate return</u> of Petitioner upon his removal from the state meant just that: Respondents are required to <u>immediately return</u> Petitioner to the state of Minnesota.

**IT IS HEREBY ORDERED THAT:**

1.    Respondents are ordered to return Petitioner to the state of Minnesota by Monday, February 9, 2026;

2.    Respondents are ordered to update the Court by 1:00 p.m. on Monday, February 9, 2026 on the status of Petitioner's return to Minnesota; and

3.    If Petitioner will not be returned by Monday, February 9, 2026, Respondents are ordered to provide a statement to the Court no later than 4:00 p.m. on Monday, February 9, 2026 to show cause why Respondents should not be held in contempt for violating the Court's Order.

Dated: February 5, 2026                s/Michael J. Davis
                                       Michael J. Davis
                                       United States District Court

2