UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fausto O.,

      Petitioner,

v.

Kristi Noem, et al.,

      Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**

Civil File No. 26-854 (MJD/LIB)

Karen Venice Bryan, KB Law PLLC, Counsel for Petitioner.

David R. Hackworthy, Special Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 4, 2026 [Doc. 8]. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a _de novo_ review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Brisbois dated February 4, 2026.

The Court notes that the Magistrate Judge Brisbois' Report and Recommendation thoroughly analyzes the legal questions at issue, and this Court will not belabor his points, particularly because there were no objections filed. However, the Court feels it is important to draw attention to Magistrate Judge Brisbois' analysis concerning the District of Minnesota's habeas jurisdiction, as well as raise concerns with how the Respondents in this case have responded to this Court's Orders.

The Court is deeply concerned by the actions of the Respondents in this case. Petitioner Fausto O.'s Petition outlines a series of rapid, government-sponsored transfers of the Petitioner across the country, undertaken without adequate notice to his counsel.  [Doc. 2.] Even after Petitioner was successfully located, the Respondents in this case then failed to comply with this Court's order to return Petition to the District of Minnesota for a period of over a week. [Doc. 4; Doc. 10.] Petitioner was returned to Minnesota and is currently detained in a county jail in Willmar, Minnesota. [Doc. 13.]

Judge Brisbois' analysis, particularly with regard to the habeas jurisdiction of this Court, should leave no room for doubt that attempts to frustrate this

Court's jurisdiction through deliberate delay or strategic movement of the Petitioner will not succeed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 4, 2026 **[Doc. 8]**.

2. Petitioner Fausto O.'s Petition for a Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows:**

    A. Respondents are ordered to **immediately release** Petitioner Fausto O. from detention into Minnesota;

    B. Respondents are ordered to release Petitioner from custody without subjecting him to conditions greater than those provided in the December 1, 2023, Order of Release on Recognizance;

    C. Respondents are ordered to return Petitioner's work permit, driver's license, and any other seized documents, property, or effects seized during her arrest[1];

    D. Respondents are required to confirm Petitioner's release from custody by 5:00 p.m. Central Time on February 11, 2026;

---

1 The inclusion of requiring Petitioner's personal effects to be included in his release is a slight modification to Magistrate Judge Brisbois' Report and Recommendation. However, this Court believes that its inclusion is important considering the frequency with which similarly situated petitioners in other cases have been released without all their important personal belongings.

3

E.  Respondents are precluded from re-detaining Petitioner on a statutory theory this Court has rejected in this proceeding absent materially changed circumstances; and

F.  Respondents are ordered to show cause why they should not be held in civil contempt for failing to return Petitioner to the District of Minnesota in response to the Court's Order to Show Cause dated January 30, 2026. **[Doc. 4.]**. The briefing schedule will be set as follows:

   a.  Respondents' written submission is due no later than 5:00 p.m. on February 11, 2026;

   b.  If Petitioner intends to respond to Respondents' written submission, Petitioner must respond no later than 5:00 p.m. on February 13, 2026; and

   c.  Respondents' reply to Petitioner's response is due no later than 5:00 p.m. on February 15, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 9, 2025             s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court