# UNITED STATES DISTRICT COURT
## District of Minnesota

Fausto Emiliano Ochoa Inamagua,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Director Mary De Anda-Ybarra, Warden of Cibola County Correctional Center,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-854 MJD/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 4, 2026 **[Doc. 8]**.
2. Petitioner Fausto O.'s Petition for a Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows:**
   - A. Respondents are ordered to **immediately release** Petitioner Fausto O. from detention into Minnesota;
   - B. Respondents are ordered to release Petitioner from custody without subjecting him to conditions greater than those provided in the December 1, 2023, Order of Release on Recognizance;
   - C. Respondents are ordered to return Petitioner's work permit, driver's license, and any other seized documents, property, or effects seized during her arrest1;
   - D. Respondents are required to confirm Petitioner's release from custody by 5:00 p.m. Central Time on February 11, 2026;
   - E. Respondents are precluded from re-detaining Petitioner on a statutory theory this Court has rejected in this proceeding absent materially changed circumstances; and
   - F. Respondents are ordered to show cause why they should not be held in civil contempt for failing to return Petitioner to the District of Minnesota in response to the Court's Order to Show Cause dated January 30, 2026. **[Doc. 4.]**. The

briefing schedule will be set as follows:

a. Respondents' written submission is due no later than 5:00 p.m. on February 11, 2026;

b. If Petitioner intends to respond to Respondents' written submission, Petitioner must respond no later than 5:00 p.m. on February 13, 2026; and

c. Respondents' reply to Petitioner's response is due no later than 5:00 p.m. on February 15, 2026.

Date: 2/9/2026

KATE M. FOGARTY, CLERK