UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fausto O.,

        Petitioner,

v.

Kristi Noem, et al.,

        Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-854 (MJD/LIB)

Karen Venice Bryan, KB Law PLLC, Counsel for Petitioner.

David R. Hackworthy, Special Assistant United States Attorney, Counsel for Respondents.

On February 9, 2026, the Court granted Petitioner Fausto O.'s Petition for Writ of Habeas Corpus. **[Doc. 15.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized during his arrest and notify the Court within 48 hours to confirm that the release occurred. Further, as part of the Order, the Respondents were ordered to show cause why they should not be held in civil contempt for failing to return Petitioner to the District of Minnesota in response to the Court's earlier Order to Show Cause issued on January 30, 2026. **[See Doc. 4.]**

1

On February 11, 2026, the Respondents provided an update informing the Court that Petitioner Fausto O. was released in Minnesota. **[Doc. 17.]** Further, Respondents indicated that civil contempt would not be appropriate under the circumstances considering Petitioner was returned from Texas and released in Minnesota. [Id.]

Petitioner did not respond to the Respondents' argument. Further, since the Respondents' most recent filing, the Petitioner has not informed the Court about any other failure to comply with the Court's Order.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Fausto O.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 20, 2026               s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court

2